UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 012 T

| | | |
|---|---|---|
| DAVID RASNICK, Plaintiff, vs. THE SILVER DRAGON, Defendant. | : : : : : | Civil Action # ____________ |

## COMPLAINT

Plaintiff, David Rasnick, brings this action for monetary damages and for temporary, preliminary, and permanent injunctive relief for copyright infringement pursuant to 17 U.S.C. §501.

**The Parties**

1. Plaintiff David Rasnick is a resident of the County of Los Angeles, State of California, whose address is 3203 Overland Avenue #7149, Los Angeles, CA 90034.

2. Defendant Silver Dragon is a corporation organized and existing under the laws of the State of Rhode Island having a principal place of business at 100 Central Avenue, Warwick, RI 02886.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338(a), 1338(b), and 1367(a); and pursuant to the Copyright Laws of the United States, 17 U.S.C. §§101 et seq..

4. Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) and (c), and 28 U.S.C. §1400(a).

**Factual Allegations**

5. Plaintiff is engaged in the business of creating, producing, designing, marketing and selling designs of metal sculpture and items of jewelry, all of which embody original art work and designs. Plaintiff's original jewelry designs and art work are marketed throughout the United States. The designs are unique items of original art work having various animal, fish and human figures incorporated into the designs, among which include a so-called "Mother & Baby Dolphin Ring", also known as a "Two Dolphins Ring".

6. The vast majority of jewelry and ornaments designed by Plaintiff constitute works of art which involve copyrightable subject matter pursuant to the Copyright Laws of the United States.

7. Sometime in 1989, Plaintiff created an original work of art identified by the name "Mother & Baby Dolphin Ring", said work of art constituting a finger ring incorporating the design of a mother and baby dolphin.

8. This design consists of material which is wholly original and is copyrightable subject matter under the copyright laws of the United States, 17 U.S.C. §101 et seq..

9. Plaintiff has duly complied with the provisions of the Copyright Laws of the United States, and has secured the exclusive rights and privileges in and to the said design, and Plaintiff is the owner of U.S. Copyright Registration #VA 435 258 dated September 20, 1990 covering said design. A copy of said copyright registration is attached hereto as Plaintiff's Exhibit 1.

10. In 1998 Plaintiff became aware that Defendant was offering for sale and selling a "Two Dolphins Ring" identified as its #r614, which constituted an identical and piratical copy of Plaintiff's aforesaid copyrighted design, and written notice of said

infringement dated February 18, 1998 was sent by Plaintiff to Defendant, a true copy of which is annexed hereto as Plaintiff's Exhibit 2. In response to this letter, Defendant said that it had discontinued sale of all copies of Plaintiff's designs, including its "Two Dolphins Ring".

11. In the year 2003 it came to Plaintiff's attention that Defendant was once again offering for sale its "Two Dolphins Ring", this time over the Internet, and a copy of Defendant's Internet offering is annexed hereto as Plaintiff's Exhibit 3. Plaintiff, through counsel, again wrote to Silver Dragon on June 24, 2003, demanding that they cease and desist from further infringement and comply with other demands in order to resolve this controversy. A true copy of the June 24, 2003 letter is annexed hereto as Plaintiff's Exhibit 4.

12. Defendant's acts, as set forth in ¶10 and ¶11 hereof, were without permission, license or consent of Plaintiff, and constitute willful infringement, as verified by the fact that Defendant's infringing "Two Dolphins Ring" included the copyright symbol "©" and Plaintiff's signature, "DR" on a visible location on the interior of the ring shank. In view of the willfulness of Defendant's infringement, Plaintiff seeks statutory damages in the maximum amount of $150,000 as permitted by 17 USC 504(2).

**WHEREFORE**, Plaintiff demands:

1. (a) That Defendant, its agents, servants, related companies, and all parties in privity with them, or any of them, be enjoined permanently from infringing Plaintiff's aforesaid copyright in any manner including, but not limited to, manufacturing, displaying, distributing, offering for sale, selling, shipping, or delivering, infringing copies of Plaintiff's copyrighted design in the possession or under the control of Defendant;

(b) That Defendant be required to pay to Plaintiff statutory damages in the amount of $150,000, as permitted by 17 USC 504(2).

2. Entry of a judgment awarding Plaintiff its costs and reasonable attorneys' fees incurred in the prosecution of this Action pursuant to the Copyright Laws of the United States, 17 USC 505; together with such other relief as this Court deems appropriate.

David Rasnick
By Its Attorneys,
SALTER & MICHAELSON

By: ______________________
Elliot A. Salter (RI #0094)

By: ______________________
Neville J. Bedford (RI #6817)

SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel : 401/421-3141
Fax: 401/861-1953

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
VA 435 258
VA VAU

EFFECTIVE DATE OF REGISTRATION
SEP 20 1990
Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

038686117

**1** TITLE OF THIS WORK ▼ Mother & Baby Dolphin Ring
NATURE OF THIS WORK ▼ See instructions: Jewelry Sculpture

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼ David Rasnick
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ U.S.A. / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ Jewelry Sculpture

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1989 ◀ Year
b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ November Day ▶ 20 Year ▶ 1989 U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
David Rasnick
3203 Overland Ave #7149
Los Angeles Calif. 90034

See instructions before completing this space

APPLICATION RECEIVED MAR 2 4 1991
ONE DEPOSIT RECEIVED SEP 20 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE
Page 1 of 2 pages

SEP-23-2004 08:57 ELITE FINANCIAL GROUP 508 753 7544 P.04

Mother & Baby Dolphin Ring
Metal Sculpture
Published November 20 1989





2

February 18, 1998

Dear Silver Dragon,

You are in violation of Copy-right Law. I recently attended the L.A. Gift show and saw your booth. You had on display five of my Copy-right designs. I ordered one of each and recently received the shipment from you.

**R611 Shark**
**R612 Dolphin**
**R613 Blue Whale**
**R614 DBL Dolphin**
**R617 Naked Lady**

These samples of the counterfits can be used as evidence in court.
In order for you to avoid a Law Suit you will have to comply with all of my terms.

1) Cease and dessist immediately of any more sales of these designs.
2) Surrender all of your stock of these items and send them to me.
3) Tell me where & from who or whom you bought these silver rings.
4) A settlement in the amount of $5,000.00.

Believe me you are getting off easy. If I file suit I will win and it will cost you a lot more. I will ask for a higher settlement in damages. Plus you will have legal fees. The case will be filed in Los Angeles.

I am offering you a chance to settle this matter with me to avoid the time and hassel of a suit. I have already talked to my lawyer and he said I have a strong case. Also I have sued two other jewelry companies and won a settlememt both times. The most recent one was Blake Brothers that I sued

for infringement. It was just one design my **3 Dolphin Puzzel Ring.** The settlement was $10,000.00. It didn't matter that they claimed they didn't know it was my design. They were importing them from Thailand.

I have sent you the registered Copy-right forms along with a xerox picture of the rings. I expect a response from you within a week. If you have any questions you can call or write me.

**David Rasnick**
**3203 Overland Ave.,Apt # 7149**
**Los Angeles, CA 90034**
**(310)-838-1019**

Sincerely,

David Rasnick

3

# THE SILVER DRAGON

My Account | View Cart | Check-Out | Log Out

**HOME | WHOLESALE | GIFT CERTIFICATES | BROWSE | SEARCH**

**2/3/2003 - 2:10 P.M.**

Silver Jewelry | Medieval Wedding... | Pocket Dragons | Bubble Fairies

**Go Back**

# Two Dolphins Ring

r614



**Ask a Question about:**
**Two Dolphins Ring - r614**
**?**

**Sterling Silver Dolphin Ring**

**Ring Size Chart**

Select Size
Choose Size

**$16.00** 1 Order

**Go Back**

Tell a Friend about Us! | Metaphysical Stone Properties | Currency Converter | Customer Services

# THE SILVER DRAGON

100 Central Street
Warwick, Rhode Island 02886
(401) 737-4603
Fax (401) 737-8567

TO David Rosnick
3203 Overland Ave
Los Angeles CA 90034

P.O. NUMBER

DATE 2-3-98

DATE REQUIRED

SHIP VIA

TELEPHONE 310 838 1019

SPECIAL INSTRUCTIONS
VISA
4783 8000 0128 4833
Exp 9/98

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | R611 shark size 8 | 14 — | 14 — |
| 1 | | R612 dolphin | 14 — | 14 — |
| 1 | | R613 blue whale size 10 | 14 — | 14 — |
| 1 | | R614 dbl dolphin | 8 — | 8 — |
| 1 | | R617 Naked Lady size 7 | 10 — | 10 — |
| 1 | | EW 7 man | 20 — | 20 — |
| 1 | | R604 dragon | 9 — | 9 — |
| 1 | | R366 lg dragon | 10 — | 10 — |
| | | | | 99 — |
| | | S/H | | 4 69 |
| | | | | 103 69 |

Thank You for Your Order

LAW OFFICES OF
**BOBBITT & ASSOCIATES**
**3250 Wilshire Boulevard, Suite 1110**
Los Angeles, California 90010
TELEPHONE (213)840-4969
FACSIMILE (213) 596-5804
E-MAIL cbobbitt@pacbell.net

June 24, 2003

Dragon Silver
100 Central Avenue
Warwick, Rhode Island 02886

Attn Manager or Owner:

This office represents David Rasnick, a jewelry designer. On February 18, 1998, my client sent you a letter asking you to cease and desist from selling his copyrighted designs which are listed below with your catalog numbers.

R611 Shark
R612 Dolphin
R613 Blue Whale
R614 Double Dolphin
R617 Naked Lady

In addition to the cease and desist letter, you were also on notice that you were infringing on his copyrights because the rings you sold bear the copyright symbol © and my clients signature "DR" on a visible and standard location on the interior of the rings.

In response to the 1998 letter, you informed my client that you had purchased some waxes of his rings and that you had produced copies of these rings. You assured my client that you had removed all of his copyrighted items from your inventory and that you would no longer sell any of his designs.

As of the date of this letter, you are currently advertising and selling on your website one of his copyrighted designs, R614 the double dolphin ring now renamed as "Two Dolphins Ring," in spite of your notice of the copyrights and your promise not to do so. The new ring, which my client has purchased from your web site and was shipped to him in

California, also bears the copyright symbol and his designer's signature. This act constitutes a willful infringement of my clients copyright.

I am offering you an opportunity to settle this matter without the necessity of a lawsuit on the following terms.

1. Cash settlement in the amount of $35,000;
2. That you contractually agree to cease and desist from selling these or any other Rasnick designs with a liquidated damages clause of $75,000 for any future violations;
3. That you surrender all stock of these items to my client;
4. Full disclosure of the source of the waxes and methods and parties involved in copying them.

Failure to settle this claim will result in the filing of a federal lawsuit for willful copyright infringement and violation of California Business & Professions Code 17200 for unfair competition. Penalties include statutory damages of up to $150,000 per violation on the copyright infringement claim, and business losses plus attorneys fees and costs on the unfair competition claim as well as the legal fees you will incur in defending this claim.

You have fourteen days from the date of this letter to respond before further legal action is taken against you.

You or your attorney may contact my office at the address and number above.

Enclosures:

1. Copyright Certificate for Mother & Baby Dolphin Ring
2. Picture of your copied ring pulled from your website.

Best regards,

Chrystal Bobbitt, Esq.