JTM:ems 05-147 3/03/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID RASNICK,
*Plaintiff*

Vs. C.A. No. 05-012 T

THE SILVER DRAGON
*Defendant*

**ENTRY OF APPEARANCE**

I, James T. Murphy, Esq. (#1698) hereby enter my appearance as counsel for defendant, The Silver Dragon.

James T. Murphy, Esq. (#1698)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 - fax

**PROOF OF SERVICE**

I hereby certify that on this 4th day of March, 2005, I served the within Entry of Appearance by mailing a copy of same to **Elliot A. Salter, Esq., Neville J. Bedford, Esq.**, SALTER & MICHAELSON, 321 South Main Street, Providence, RI 02903-7128.

of Hanson Curran LLP