UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RASNICK, Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | CA 05 012T |
| THE SILVER DRAGON, Defendant. | ) | March 15, 2005 |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

1. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 1 and leaves Plaintiff to his proof.

2. Defendant admits that Silver Dragon is a Rhode Island corporation with a place of business at 100 Central Street, Warwick, Rhode Island.

## JURISDICTION AND VENUE

3. Defendant admits that Plaintiff has alleged violations under the statutes and common law set forth in Paragraph 3 of the Complaint, but Defendant denies the sufficiency of these allegations and any liability thereunder.

4. Defendant admits that it is a corporation residing in this judicial district pursuant to 28 U.S.C. § 1391. As to all other allegations contained in Paragraph 4, Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 4 and leaves Plaintiff to its proof.

H

**FACTUAL ALLEGATIONS**

5. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 5 and leaves Plaintiff to its proof.

6. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 6 and leaves Plaintiff to its proof.

7. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 7 and leaves Plaintiff to its proof.

8. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 8 and leaves Plaintiff to its proof.

9. Defendant lacks sufficient information upon which to form a belief as to the truth and therefore denies the allegations in Paragraph 9 and leaves Plaintiff to its proof.

10. Defendant admits that there were communications with Plaintiff in 1998 regarding certain products being offered for sale by Defendant at that time. Except as specifically admitted herein, the allegations of Paragraph 10 are denied.

11. Defendant admits that Exhibit 3 to the Complaint is a page from Defendant's website as of early 2003 and admits that Exhibit 4 to the Complaint is a letter dated June 24, 2003 sent by Plaintiff's counsel to Defendant. Except as specifically admitted herein, the allegations of Paragraph 11 of the Complaint are denied.

12. Denied.

**DEFENDANT'S AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE:

Plaintiff fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE:

Plaintiff's claims are barred in whole or in part by the doctrines of laches, estoppel, unclean hands, and/or waiver.

THIRD AFFIRMATIVE DEFENSE:

Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

FOURTH AFFIRMATIVE DEFENSE:

To the extent that Defendant made use of any material to which Plaintiff claims it holds the copyrights, Defendant was authorized to use the copyrighted materials by one of the owner.

FIFTH AFFIRMATIVE DEFENSE:

Defendant's conduct was at all times made in good faith, engaged in without malice, and was privileged and justified.

THE DEFENDANT,
THE SILVER DRAGON
BY HANSON CURRAN LLP
ITS ATTORNEYS

By ______________________

JAMES T. MURPHY, ESQ. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
401-421-2154
401-521-7040 (fax)

Of Counsel:
ERIC E. GRONDAHL, ESQ.
MARK D. GIARRATANA, ESQ.
MCCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-275-6700
860-724-3397 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES has been mailed, postage prepaid, this 21th day of March 2005, to:

ELLIOT A. SALTER & NEVILLE J. BEDFORD
Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128

JAMES T. MURPHY

3/21/2005

HARTFORD: 635113.01