JTM:ems 05-147 3/03/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID RASNICK,
*Plaintiff*

Vs.

C.A. No. 05-012 T

THE SILVER DRAGON
*Defendant*

**STIPULATION**

***In the above-entitled cause it is agreed that the following entry be made:***

The time within which defendant, The Silver Dragon, may answer or otherwise respond to plaintiff's complaint is extended to and including March 17, 2005.

Elliot A. Salter, Esq.
SALTER & MICHAELSON.
321 South Main Street
Providence, RI 02903
*Attorney for Plaintiff*

Neville J. Bedford, Esq.
2 Dexter Street
P.O. Box 479
Pawtucket, RI 02862

Date: 3/10/05

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
*Attorney for Defendant*

ENTER
Ernest C. Torres
Chief, U.S. District Judge
3/28/05