UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID RASNICK, :
Plaintiff, :
vs. : Civil Action #05-12T
THE SILVER DRAGON, :
Defendant. :

**CONSENT JUDGMENT**

It appearing that the parties to this cause have consented hereto, it is therefore

ORDERED, ADJUDGED AND DECREED

1. That this Court has jurisdiction of the subject matter hereof and the parties hereto.

2. That David Rasnick is the owner of U.S. Copyright Registration No. VA 435 258 covering a design entitled "Mother & Baby Dolphin Ring", also known as a "Two Dolphins Ring", an illustration of which appears as Exhibit 2 attached to the Complaint in the above Action.

3. That Copyright Registration No. VA 435 258 is good and valid at law and has been infringed by The Silver Dragon.

4. That The Silver Dragon, and its agents, servants, employs, officers, directors, and representatives, are hereby permanently enjoined from making, selling, offering for sale, giving away, or otherwise distributing copies of the Rasnick design covered by Copyright No. VA 435 258.

5. It appearing that the parties have settled the matters of damages, costs and attorneys' fees, no award thereof is made, and all other claims of the parties are dismissed with prejudice.

6. The injunction of ¶4 shall become effective upon the date of signature hereof by the Court.

Dated : 5/16/05

United States District Judge

CONSENTED TO:

David Rasnick, Plaintiff
Dated : 4/28/05

Elliot A. Salter, RI Bar #0094
Attorney for Plaintiff
SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel: 401.421.3141 Fax: 401.861.1953
Dated : 5/13/05

THE SILVER DRAGON, Defendant

By : __________
Title : __________
Dated : __________

James T. Murphy, RI Bar #1698
Attorney for Defendant
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
Tel: 401.421.2154 Fax: 401.521.7040
Dated : __________

Of counsel:
Eric E. Grondahl
Marc D. Giarratana
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel: 860.275.6700 Fax: 860.724.3397

6. The injunction of ¶4 shall become effective upon the date of signature hereof by the Court.

Dated : ____________________

____________________
United States District Judge

CONSENTED TO:

____________________
David Rasnick, Plaintiff
Dated : ____________________

____________________
Elliot A. Salter, RI Bar #0094
Attorney for Plaintiff
SALTER & MICHAELSON
321 South Main Street
Providence, RI 02903-7128
Tel: 401.421.3141 Fax: 401.861.1953
Dated : ____________________

THE SILVER DRAGON, Defendant

By : [signature]
Title : Pres
Dated : 5-11-05

[signature]
James T. Murphy, RI Bar #1698
Attorney for Defendant
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
Tel: 401.421.2154 Fax: 401.521.7040
Dated : 5-12-05

Of counsel:
Eric E. Grondahl
Marc D. Giarratana
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel: 860.275.6700 Fax: 860.724.3397